ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 1 0 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| GEOFFERY WILLIAM HINE | : | 4 12-CR-20 RLV |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 14, 2012, in the Northern District of Georgia and elsewhere, the defendant, GEOFFERY WILLIAM HINE, did knowingly travel into the United States for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

### COUNT TWO

Beginning on or about August 1, 2011, and continuing until on or about April 14, 2012, in the Northern District of Georgia and elsewhere, the defendant, GEOFFERY WILLIAM HINE, using facilities and means of interstate commerce, that is, a computer connected to the Internet and a mobile telephone, knowingly attempted to persuade, induce, entice, and coerce an individual who had not

attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18 United States Code, Section 2422(b).

A _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6185
404/581-6181 (fax)
Georgia Bar No. 317420